UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TIMOTHY ALEXANDER,

    Plaintiff,

    v.

UNITED STATES GYPSUM COMPANY,

    Defendant.

NO. C18-0810RSL

ORDER DENYING MOTION FOR EXTENSION OF TIME

This matter comes before the Court on "Defendant's Motion for Extension of Time in Which to File Answer to Complaint." Dkt. # 8. The motion is DENIED as moot. When, as is the case here, a motion to dismiss under Fed. R. Civ. P. 12 is filed, the deadline for a responsive pleading is automatically extended until fourteen days after the Court resolves the motion. Fed. R. Civ. P. 12(a)(4). See also Talbot v. Sentinel Ins. Co., Ltd., 2012 WL 1068763 at *4 (D. Nev. Mar. 29, 2012).

Dated this 19th day of June, 2018.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION
FOR EXTENSION OF TIME - 1