# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TIMOTHY ALEXANDER,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES GYPSUM COMPANY,<br><br>    Defendant. | NO. C18-0810RSL<br><br>ORDER OF DISMISSAL |

Pursuant to the stipulated motion of the parties (Dkt. # 33), the above-captioned matter is hereby DISMISSED with prejudice.

DATED this 17th day of December, 2018.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL - 1